RE: Case No. 14-15-00021-CV

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

JUL 20 2015

CHRISTOPHER A. PRINE
CLERK

FOURTEENTH COURT OF APPEALS

301 Fannin St. Suite 245

Houston, Texas 77002

Case Number: 70242

In act of Statements and Falsehoods. Mr. Bowers was given a Fair Trial and he agreed to the division of assets as stated in the Final Decree of Divorce. See attached: Rule 11 Agreement Final Orders.

I appear as Pro se. I am asking the Court to Affirm the Trial Court Decision of assets of the Final Decree of Divorce.

RE:  Case No.  14-15-00021-CV


Case No.  70242


Certificate of Service

I hereby certify that a true copy of the above was served on Pro se Clinton Bowers at 3718 Brighton Lane, Pearland, Texas 77584 accordance with the Texas Rule of Civil Procedure


*Barbara Bowers*

Barbara Bowers - Pro se

1942 Helvick Blvd

Houston, Texas 77051

Cell #  (713) 470-8744

Cause No 70242

In the Matter of the Marriage of Clinton Bowers and Barbara Bowers

In the 300th Judicial District Court of Brazoria County, Texas

FILED
at 10:00 o'clock a M.
NOV 25 2013
Clerk of District Court Brazoria Co., Texas
BY _____ DEPUTY

Rule 11 Agreement
Final Orders

1. The parties are Clinton Bowers, Husband and Barbara Bowers, Wife.

2. The parties agree that the property division is fair and equitable to both parties.

3. The parties agree to split their community estate as indicated on Exhibit A.

11596

4. Clinton Bowers agrees to let Barbara Bowers remain in the house for 180 days from ~~the entry~~ today ~~of the Agreed Final Decree of Divorce~~. He will be responsible for paying the mortgage and utilities on the house and Barbara agrees to pay $1500.00/month to Clinton. The first payment will be due on December 1, 2013 from Barbara to Clinton. ① Clinton takes on all debts for

house beginning 12/1/2013.

5. Each party is responsible for their own tax obligations. ~~entitled~~ For purposes of IRS, parties agree to file taxes as if they were divorced on 1/1/13. (a)

6. Parties awarded debt in their name if not otherwise referenced in Exhibit A or this agreement.

7. Clinton agrees to give Barbara the wi-fi code so she can access internet at the house for the time she is there.

8. Parties pay taxes and obligations or property awarded to them.

9. Divorce granted on grounds of insupportability.

10. Peggy Bittick to get $10,000.00 from the proceeds in the registry of the court. The remaining $17,000.00 to go to Barbara Bowers.

11. Marcela Halmagean to draft Final Decree, Special Warranty Deed, ~~and~~ Deed of Trust to Secure Assumption. to be drafted by ~~Peggy~~ Bittick

12. Entry of Orders on December 13, 2013.

13. THIS AGREEMENT IS IRREVOCABLE AND IS BINDING ON THE PARTIES. Each party is entitled to judgment on this agreement without the sign. of the other party.

14. Parties to pay own attorney fees unless as otherwise indicated.

Agreed to on ~~December~~ November 22, 2013.


_____          _____
Clinton Bowers, Petitioner        Barbara Bowers, Respondent


_____          _____
Marcela Halmagean, Attorney       Peggy E. Bittick, Attorney
for Petitioner                    for Respondent



_____
Judge Presiding



1. Barbara Bowers to pay rent every month on the 1ST of each month beginning on 12/1/13 thru 5/1/14. Her period to reside @ 3718 Brighton Lane shall terminate on May 31, 2014. However, if Barbara Bowers fails to pay rent to Clinton Bowers by the 5th of each month between Dec. 2013 and May 2014, her period to reside @ 3718 Brighton Lane, Pearland, Tx 77584 shall terminate on the 6th of the month that such rent payment was not made. If BB chooses to move out before, CB shall prorate rent for the last month.

2. Parties, for previous years of marriage, shall abide by the IRS regulations and federal laws applicable to their filed tax returns.

3. No common law marriage claim allowed to be raised by either party as a result of the parties living together after divorce.

4. BB shall move her personal belongings and her person from the ~~current~~ master bedroom where she and ~~B~~ Mr. Bowers reside to the back bedroom with its associated back bathroom. Each is excluded from the other's bedroom. CB is awarded exclusive use of the Master Bedroom + bath.

5. Reimbursement: if W ends up paying mortgage for ~~the~~ December, H shall reimburse W with 5 days from his receipt/proof that the mortgage payment was made from W's funds

*This is a division of property only and is not a representation of the value of each asset/debt.*

██████████ Property Division

| | *Value | CLINTON Husband | BARBARA Wife |
|---|---|---|---|
| 3718 Brighton Lane, Pearland, TX | 144,250.00 | ✓ | |
| Mortgage on Brighton Lane House | (68,595.14) | ✓ | |
| ██████████ | | ██████████ | |
| ██████████ | | | ██████████ |
| ██████████ | ██████████ | | ██████████ |
| W – Chase Checking 2561 | 1,429.79 | | 1,429.79 |
| W – Chase Savings 8644 | 525.36 | | 525.36 |
| W – Chase Liquid 2262 | 14.01 | | 14.01 |
| J – Chase Checking 4316 | 66.35 | | 66.35 |
| W – Chase Savings 3246 | 42.24 | | 42.24 |
| H – Chase Checking 9579 | 4,338.83 | 4,338.83 | |
| H – Chase Savings 3631 | 14,092.43 | 14,092.43 | |
| W – JSC Shares 3611-S1 | 136.00 | | 136.00 |
| W – JSC Special Savings 3611-S2 | 821.64 | | 821.64 |
| J - Hurricane Ike Settlement Check (in registry of court) | 27,000.00 | | 27,000.00 |
| ██████████ | ██████████ | | ██████████ |
| H – MetLife Stocks (159) | 7,775.10 | 7,775.10 | |
| W – MetLife Stocks (79) | 3,683.10 | | 3,683.10 |
| W – Employees Retirement System | 51,152.72 | | 51,152.72 |
| W – U.S. Army Retirement | 1,311.43 mo. | | Paid monthly |
| H – U.S. Army Retirement | 2,017.03 mo. | Paid monthly | |
| H – VA Disability | 969.00 mo. | Paid monthly | |
| H – Social Security | 980.00 mo. | Paid monthly | |
| W – Army Life Insurance | 100,000.00 | | To wife |
| H – Army Life Insurance | 50,000.00 | To Husband | |
| W – TIAA Cref Annuity | 300.00-400.00 yr. | | 100% |
| W – 2002 Nissan Altima | 1,724.00 | | 1,724.00 |
| H – 2003 Ford Expedition | 2,156.00 | 2,156.00 | |
| W – Personal Property (see chart) | 1,212.00 | | 1,212.00 |
| H – Personal Property (see chart) | 4,439.00 | 4,439.00 | |

*As decided between the two parties*

EXHIBIT
A

| | | | |
|---|---|---|---|
| H – Chase Visa 8612 | (1,268.59) | (1,268.59) | |
| H – Fingerhut Credit Card 7545 | (510.77) | (510.77) | |
| H – Sears Mastercard 0763 | (1,005.08) | (1,005.08) | |
| H – Shop Now Pay Plan 6997-A4 | (26.67) | (26.67) | |
| H – Discount Tire 7646 | (522.69) | (522.69) | |
| W – Springleaf Loan 1971 | (3,216.24) | | (3,216.24) |
| W – NBT Bank Loan (Sylvan) 3582 | (4,579.58) | | (4,579.58) |
| W – Discount Tire 4700 | (616.03) | | (616.03) |
| W – Care Credit (dental) | (599.43) | | (599.43) |
| H – IRS Tax Debt (2010, 2011, 2012) | Unknown | Unknown | |
| ▉▉▉▉ | ▉▉▉▉ | ▉▉▉▉ | ▉▉▉▉ |

Separate property
Barbara Powers
W – 0.2617 acres
in San Jacinto
county, Texas

W